UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

**LIBERTY MUTUAL INSURANCE COMPANY,**     ADV. NO. 11-01994-BKC-JKO-A

    **Plaintiff,**     (Consolidated with Pros. Nos.
        10-03653-BKC-JKO,
        10-03627-BKC-JKO,
        10-03720-BKC-JKO,
vs.        10-03626-BKC-JKO, and
        10-03610-BKC-JKO)

**UNITED STATES OF AMERICA,
ROBERT FURR, JOEL TABAS and
SONEET KAPILA,**

    **Defendants.**

_____/

**UNITED STATES OF AMERICA'S RESPONSE IN OPPOSITION TO
MIAMI CENTER LIMITED PARTNERSHIP'S MOTION TO INTERVENE (DE 26)**

Defendant, the United States of America ("United States"), by and through its counsel, Wifredo A. Ferrer, United States Attorney for the Southern District of Florida, hereby adopts and incorporates Plaintiff, Liberty Mutual Insurance Company's Opposition to Miami Center Limited Partnership's Motion to Intervene (DE 35) as if stated herein.

**WHEREFORE**, the United States respectfully requests that the Court deny Miami Center Limited Partnership's Motion to Intervene (DE 26), and grant such other and further relief as the Court deems just and proper.

**ATTORNEY CERTIFICATION**

**I HEREBY CERTIFY** that I am admitted to the Bar of the State of Florida and that I am exempted from additional qualifications to practice in this Court pursuant to Local Rule 2090-1(B)(3) pertaining to attorneys representing the United States government.

    Respectfully submitted,

    WIFREDO A. FERRER
    UNITED STATES ATTORNEY

By:   *s/ Grisel Alonso*
    GRISEL ALONSO
    Assistant United States Attorney
    Fla. Bar No. 702994
    99 NE 4th St., Suite 300
    Miami, FL 33132
    Tel. No. (305) 961-9310
    Fax No. (305) 530-7139
    e-mail: grisel.alonso@usdoj.gov

    COUNSEL FOR UNITED STATES

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on August 17, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document has been served electronically via the Court's CM/ECF system upon the parties who are currently on the list to receive notice/service for this case.

    *s/ Grisel Alonso*
    GRISEL ALONSO
    Assistant United States Attorney

2