

**ORDERED in the Southern District of Florida on August 25, 2011.**

John K. Olson, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Adv. No. 11-01994

LIBERTY MUTUAL INSURANCE COMPANY,

    Plaintiff,

vs.

UNITED STATES OF AMERICA, ROBERT FURR, JOEL TABAS and SONEET KAPILA,

    Defendants.
_____/

(Consolidated with Pros. Nos.
10-03653-BKC-JKO,
10-03627-BKC-JKO,
10-03720-BKC-JKO,
10-03626-BKC-JKO, and
10-03610-BKC-JKO)

**ORDER DENYING MIAMI CENTER LIMITED PARTNERSHIP'S
MOTION TO INTERVENE (DOC. 26) AND DENYING
AMENDED MOTION TO APPEAR PRO HAC VICE (Doc. 38) AS MOOT**

On August 19, 2011, this Court heard oral argument on Miami Center Limited Partnership's ("MCLP") Motion to Intervene (Doc. 26) and considered the Amended Motion to Appear Pro Hac Vice by Donald M. Badaczewski and Daniel H. Tabak (Doc.

38). After considering the pleadings, the briefs filed by the parties, and the argument of the parties, the Court having considered the matter:

**IT IS ORDERED** that MCLP's Motion to Intervene (Doc. 26) is **DENIED**.

**IT IS FURTHER ORDERED** that the Amended Motion to Appear Pro Hac Vice by Donald M. Badaczewski and Daniel H. Tabak (Doc. 38) is **DENIED AS MOOT**.

###

Submitted by:
Alberta L. Adams, Esq.
100 North Tampa Street, Suite 2010
Tampa, Florida 33602
(813) 229-3500
aadams@mpdlegal.com

conformed copies to:

Alberta L. Adams, Esq.
100 North Tampa Street, Suite 2010
Tampa, Florida 33602
(813) 229-3500
aadams@mpdlegal.com

Grisel Alonso, Esq.
99 N.E. 4th Street, Suite #300
Miami, Florida 33132
(305) 961-9310
Grisel.alonso@usdog.gov

Marc P. Barmat, Esq.
2255 Glades Road, #337W
Boca Raton, Florida 33431
(561) 395-0500
ndixon@furrcohen.com

Joel L. Tabas, Esq.
14 NE 1st Avenue PH
Miami, Florida 33132
(305) 375-8171
jtabas@tabasfreedman.com

Robert B. Miller, Esq.
14 NE 1st Avenue PH
Miami, Florida 33132
(305) 375-8171
rmiller@tabasfreedman.com

Grace E. Robson, Esq.
9130 South Dadeland Boulevard #1800
Miami, Florida 33156
(305) 670-5000
grobson@mrthlaw.com

Julie E. Hough, Esq.
2450 Hollywood Boulevard #706
Hollywood, Florida 33020
(954) 239-4760
jhough@houghlawgroup.com

Robert F. Reynolds, Esq.
1 East Broward Boulevard #609
Ft. Lauderdale, Florida 33301
(954) 745-5880
rreynolds@slatkinreynolds.com

Danny Simon, Esq.
Lalchandandi Simon PL
90 Alton Road, Suite 1803
Miami Beach, Florida 33139
(305) 999-5291
danny@lalchandanisimon.com